# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

NAVIGATORS INSURANCE COMPANY,   )
)
                         Plaintiff,   )
)
    vs.                             )
)   Civil Action No. _____
BAYLOR & JACKSON, et al.,       )
)
                  Defendants.  )

## PLAINTIFF NAVIGATORS INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Certificate required by Rule 7.1 of the Local Rules of the United States District Court for

the District of Columbia:

I, the undersigned, counsel of record for Plaintiff Navigators Insurance Company ("Navigators"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Navigators which have any outstanding securities in the hands of the public.

The Navigators Group, Inc. ("NGI")

I further certify that to the best of my knowledge, no publically held corporation owns ten percent (10%) or more of NGI.

These representations are made in order that judges of this Court may determine the need for

recusal.

Dated: February 13, 2012

Respectfully submitted,

By: /s/ Marc E. Rindner
Richard A. Simpson (D.C. Bar No. 411893)
Marc E. Rindner (D.C. Bar No. 461250)
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
(202) 719-7000
(202) 719-7049 (facsimile)
E-mails:  rsimpson@wileyrein.com
          mrindner@wileyrein.com

*Counsel for Navigators Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2012, in accordance with Fed. R. Civ. P. 5(a), a copy of the foregoing document was served by **ELECTRONIC MAIL AND U.S. FIRST-CLASS MAIL** upon the following:

BAYLOR & JACKSON, PLLC
2607 24th Street NW, Suite 1
Washington, DC  20008;

BRYNEE K. BAYLOR,
13121 Riviera Terrace
Silver Spring, MD  20904;

DAWN R. JACKSON,
5705 Hillmeade Road
Bowie, MD  20720,

/s/ *Marc E. Rindner*